**Lawrence WILDER, Sr., Appellant**

v.

**WARSHAW ONE, LLC, As Owed by, et al., Appellees.**

**No. 10–7004.**

United States Court of Appeals, District of Columbia Circuit.

April 16, 2010.

Lawrence Wilder, Sr., Windsor Mill, MD, pro se.

BEFORE: SENTELLE, Chief Judge, and GINSBURG and GRIFFITH, Circuit Judges.

**JUDGMENT**

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by the appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order issued December 30, 2009, be affirmed. The district court properly dismissed the appellant's complaint as frivolous. The complaint contains factual allegations that are so implausible as to be "fantastic or delusional." *See Neitzke v. Williams,* 490 U.S. 319, 328, 109 S.Ct. 1827, 104 L.Ed.2d 338 (1989).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.